No. 02–1632. BLAKELY v. WASHINGTON. Ct. App. Wash. [Certiorari granted, *ante*, p. 965.] Motion of the Solicitor General

for leave to participate in oral argument as *amicus curiae* and for divided argument granted.